UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2017 JUL 20 PM 2:40

BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | |
| SAQUAN CALLENDER, aka "BG" aka "B" | ) | 2:17-cr-73-1-2-3-4 |
| SIXTO TEJADA, aka "Po," aka "Chris," | ) | |
| CHRISTIAN BLOW, aka "Chris," and | ) | |
| CAROLYN LYFORD, | ) | |
| Defendants. | ) | |

INDICTMENT

Count One

The Grand Jury charges that:

Between in or about January 2017 and in or about July 2017, in the District of Vermont

and elsewhere, the defendants SAQUAN CALLENDER, aka "BG" aka "B," SIXTO TEJADA,

aka "Po," aka "Chris," CHRISTIAN BLOW, aka "Chris," and CAROLYN LYFORD and others,

known and unknown to the grand jury, knowingly and willfully conspired to distribute heroin, a

Schedule I controlled substance, fentanyl, Schedule II controlled substance, and cocaine base, a

Schedule II controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C), and 846)

## Count Two

The Grand Jury further charges that:

On or about January 19, 2017, in the District of Vermont, defendant SAQUAN

CALLENDER, aka "BG" aka "B," knowingly and intentionally distributed heroin, a Schedule I

controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

Count Three

The Grand Jury further charges that:

On or about February 16, 2017, in the District of Vermont, defendant SAQUAN

CALLENDER, aka "BG" aka "B," knowingly and intentionally distributed heroin, a Schedule I

controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

<u>Count Four</u>

The Grand Jury further charges that:

On or about April 6, 2017, in the District of Vermont, defendants SAQUAN

CALLENDER, aka "BG" aka "B," and CAROLYN LYFORD, knowingly and intentionally

distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

Count Five

The Grand Jury further charges that:

On or about April 13, 2017, in the District of Vermont, defendants SAQUAN

CALLENDER, aka "BG" aka "B," and CAROLYN LYFORD, knowingly and intentionally

distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

6

Count Six

The Grand Jury further charges that:

On or about April 17, 2017, in the District of Vermont, defendant CAROLYN LYFORD,

knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

<u>Count Seven</u>

The Grand Jury further charges that:

On or about May 16, 2017, in the District of Vermont, defendants SAQUAN

CALLENDER, aka "BG" aka "B," and, SIXTO TEJADA, aka "Po," aka "Chris," knowingly and

intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C); 18 U.S.C. § 2)

Count Eight

The Grand Jury further charges that:

On or about July 10, 2017, in the District of Vermont, defendant CHRISTIAN BLOW, aka "Chris," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a), 841(b)(1)(C))

A TRUE BILL

FOREPERSON

EUGENIA A. P COWLES (JAO)
Acting United States Attorney
Burlington, Vermont
July 20, 2017